# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHANNA R. CORTEZ, et al.,<br><br>    Defendants. | Case No. 1:22-cv-00908-ADA-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 4, 7, 8) |

Plaintiff filed this action on July 21, 2022.  (ECF No. 1.)  A scheduling conference is currently set for October 20, 2022.  (ECF No. 4.)  Plaintiff has returned service documents for Defendant Joel Ruiz Perez, but not for the other three named Defendants.  (ECF No. 6.)  On September 29, 2022, the Court ordered Plaintiff to file a status report concerning service and readiness for the scheduling conference.  (ECF No. 7.)  On October 4, 2022, Plaintiff filed a status report describing multiple attempts at service, and requesting a continuation of the scheduling conference to allow for additional time to serve the other Defendants, and for the served Defendant to file a responsive pleading.  (ECF No. 8.)  The Court finds good cause to grant the request.[1]

///

---

[1] Plaintiff makes no request to enlarge the time to serve under Rule 4(m), and notes that the Plaintiff must serve within 90 days of July 21, 2022.  Fed. R. Civ. P. 4(m).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The October 20, 2022 scheduling conference is CONTINUED to January 5, 2023, at 2:00 p.m., in Courtroom 9; and

2. The parties shall file a joint scheduling report at least seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **October 5, 2022**

UNITED STATES MAGISTRATE JUDGE