# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK, | Case No. 1:22-cv-00908-ADA-SAB |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO COMPLETE SERVICE |
| v. | |
| JOHANNA R. CORTEZ, et al., | (ECF No. 13) |
| Defendants. | |

Plaintiff filed this action on July 21, 2022. (ECF No. 1.) Plaintiff has returned service documents for three of the four named Defendants, but not for Defendant Gricelda Trujillo. On October 21, 2022, Plaintiff filed a motion for administrative relief,[1] requesting the deadline to complete service on Defendant Gricelda Trujillo be extended until December 19, 2022. (ECF No. 13.)

Rule 4(m) provides that "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). "But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Id. The Court finds good cause to grant the Plaintiff's request.

---

[1] Opposition to a motion for administrative relief is due within five days of filing of the motion. L.R. 233(b).

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to extend the service deadline (ECF No. 13) is GRANTED; and
2. The deadline for Plaintiff to complete service is extended to December 19, 2022.

IT IS SO ORDERED.

Dated: **October 31, 2022**

UNITED STATES MAGISTRATE JUDGE