1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| HENDRIK BLOCK,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHANNA R. CORTEZ, et al.,<br><br>        Defendants. | Case No. 1:22-cv-00908-ADA-SAB<br><br>ORDER RE STIPULATION SETTING ASIDE DEFAULT AND EXTENDING TIME FOR RESPONSIVE PLEADING TO BE FILED<br><br>(ECF Nos. 12, 17) |
|---|---|

Hendrik Block ("Plaintiff") filed this action alleging violation of the Americans with Disabilities Act. (ECF No. 1.) On October 17, 2022, the Clerk of the Court entered default against Defendant Joel Ruiz, individually and doing business as Trujillo's Meat Market ("Joel Ruiz Perez"). (ECF No. 12.) On November 22, 2022, a stipulation was filed to set aside the default against Defendant Joel Ruiz Perez, and extend the time to respond to the complaint. (ECF No. 17.)

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The default entered against Joel Ruiz Perez on October 17, 2022 (ECF No. 12), is SET ASIDE; and

2. Defendant Joel Ruiz Perez shall file a responsive pleading on or before **November 28, 2022**.

IT IS SO ORDERED.

Dated:   **November 23, 2022**

UNITED STATES MAGISTRATE JUDGE

2