# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>        Plaintiff,<br><br>   v.<br><br>JOHANNA R. CORTEZ,<br><br>        Defendant. | Case No. 1:22-cv-00908-ADA-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 23)<br><br>**DEADLINE: JANUARY 30, 2023** |

This action was filed on July 21, 2022.  (ECF No. 1.)  An initial scheduling conference is currently set for January 5, 2023.  (ECF No. 9.)  On December 29, 2022, Plaintiff filed a notice of settlement, seeking to file dispositional documents by January 30, 2023.  (ECF No. 23.)

Pursuant to Local Rule 160, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time.  E.D. Cal. L.R. 160(b).  Plaintiff requests additional time to file the dispositional documents, "in order to afford the Parties time to complete the settlement."  The Court shall permit the limited extension requested to file dispositional documents.  The parties are advised, however, that no further extensions of time shall be granted absent a showing of good cause.  Further, the parties are reminded that "[a] failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.  Id. (citing E.D. Cal. L.R. 272).

///

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents no later than **January 30, 2023**.

IT IS SO ORDERED.

Dated:   **December 29, 2022**

UNITED STATES MAGISTRATE JUDGE